AO 91 (Rev. 01/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Christopher J. Mateen | ) Case No. **2:12 mj 039** |
| 638 E Jenkins Ave #A | ) | |
| Columbus, Ohio 43207 | ) | |
| *Defendant* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of  01/17/2012  in the county of     Franklin     in the    Southern    District of    Ohio   , the defendant violated  18  U. S. C. §     2252(A)  , an offense described as follows:

Christopher J. Mateen recieved child pornography though use of a facility of interstate or foreign commerce, that is; the internet.

This criminal complaint is based on these facts:

SEE AFFIDAVIT ATTACHED HERETO AND INCORPORATED BY REFERENCE HEREIN.

☑ Continued on the attached sheet.

*Complainant's signature*

Dan Johnson, ICE/HSI TFO
*Printed name and title*

Sworn to before me and signed in my presence.

Date:     01/18/2012

*Judge's signature*

City and state:         Columbus, Ohio             Terence P. Kemp, **United States** Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT, EASTERN DIVISION OF OHIO

In the Matter of the Criminal Complaint:

United States of America
　　　V.
Christopher J. Mateen
638 E Jenkins Ave Apt A,
Columbus, Ohio 43207

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Immigration and Customs Enforcement (ICE) Homeland Security Investigations (HSI) Task Force Officer (TFO) Dan Johnson, being first duly sworn, hereby depose and state as follows:

1. I, ICE/HSI TFO Dan Johnson (your affiant) of the Franklin County Ohio Sheriff's Office Internet Crimes Against Children Task Force, make this affidavit in support of a criminal complaint to arrest Christopher J Mateen. for violation of Title 18 United States Code Section 2252(a)(2) – Receipt of Child Pornography. Since this affidavit is being submitted for the limited purpose of securing an arrest warrant, your affiant did not include each and every fact known concerning this investigation. Your affiant did not withhold any information or evidence that would negate probable cause. Your affiant set forth only the facts that are believed to be necessary to establish probable cause that Christopher J. Mateen committed the violation listed above.

2. Your affiant has been employed by the Franklin County Sheriff's Office since October of 2001. Since October of 2004, your affiant has been assigned to the Special Investigations Unit as a detective, and a supervisor in that unit since 2008, conducting online child enticement and child pornography investigations as part of an Internet Crimes Against Children Task Force. Your affiant gained experience through an Associates of Applied Science Degree in Criminal Justice, and has received specialized training in the area of internet crimes involving child exploitation and child pornography. Your affiant has been involved in over three-hundred investigations involving internet crimes against children, resulting in numerous felony arrests and convictions. Your affiant was trained and certified by ICE/HSI as a federal task force officer to conduct child exploitation investigations involving federal criminal statutes, such as Title 18 USC § 2252(A)(2).

3. During the month of January 2012, Officer John L Priest with the Franklin County Internet Crimes Against Children Task Force was conducting online investigations to detect possible possession, receipt

1

and distribution of child pornography offenses. On January 3, 2012, during an investigation of online peer-to-peer (p2p) file sharing programs, a computer located at IP address 69.47.134.134 was observed as a potential candidate for download of suspected child pornography. The IP address was observed on the ARES network, a file sharing network that is available for free over the internet.

4. During the investigation, Officer Priest observed a file named "comendo uma babyj de 3yr rgr pthc.avi" and the file was downloaded from the suspect IP address. Officer Priest examined the downloaded file and it was found to be a movie of a preteen girl being vaginally penetrated by an unknown adult male. Four additional files were downloaded from the computer at the suspected IP address, which Officer Priest observed to be additional movies and images of teen and pre-teen girls nude and/or engaged in sex acts.

5. Officer Priest determined that the suspected IP address was owned by Wide Open West Internet and that the subscriber for IP address 69.47.134.134 is Keishauna Mateen, 638 E Jenkins Ave #A, Columbus, Ohio 43207.

6. On January 17th, 2012, Officer Priest obtained a state search warrant for 638 E Jenkins Ave #A, Columbus, Ohio and along with your affiant and other members of the Internet Crimes Against Children Task Force, executed the search warrant at 638 E Jenkins Ave #A. The defendant, Christopher Mateen and his wife, Keishauna Mateen, were present at the residence at the time the search warrant was executed. Keishauna Mateen was interview and stated that Christopher Mateen was the father of their 6 year old daughter, that he resided at the residence with the family and that they have shared access to the computer in the master bedroom.

7. Your affiant and Officer Priest subsequently interviewed Christopher Mateen after he was advised of and waived his Miranda rights. Mr. Mateen admitted that he had been downloading and viewing child pornography for approximately one and a half years on ARES, that he had viewed child pornography with children as young as 3 years old engaged in sexual acts, and that he had been downloading and viewing child pornography on the computer as recently as the morning of January 17th, 2012.

8. During the execution of the search warrant, Task Force Officers recovered a computer from the bedroom where Christopher J. Mateen resides and performed an initial forensic preview of it. The forensic preview found more than 100 suspected movies and 200 images of child pornography on the computer, including in a file called "My Shared Folder," which is the default download location for the file sharing program ARES.

9. Based upon the evidence gathered to date, your affiant believes there is probable cause to believe Christopher J. Mateen is responsible for the Receipt of child pornography. Therefore, your affiant respectfully requests this Court issue an arrest warrant.

_____
Dan L Johnson,
Task Force Officer
Homeland Security Investigations

Sworn to and subscribed before me this 18th day of January, 2012.

_____
Terence P. Kemp,
United States Magistrate
United States District Court
Southern District of Ohio